IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
        Appellee,

v.
                                      Appeal No.: 15-4783

STEWARD WHITEHEAD, JR.,
        Appellant.

## MOTION FOR LEAVE TO FILE UNDER SEAL

      The United States of America and William J. Ihlenfeld, II, United States Attorney for the Northern District of West Virginia, by Assistant United States Attorney Anna Z. Krasinski, moves for an order to seal the Supplement to the Sealed Appendix filed contemporaneously herein. Counsel for the United States has spoken to counsel for the Appellant, and counsel does not object to the filing of this Supplement.

                                              Respectfully submitted,

                                              WILLIAM J. IHLENFELD, II
                                              UNITED STATES ATTORNEY

                         By:    /s/ Anna Z. Krasinski
                                  Anna Z. Krasinski
                                  Assistant United States Attorney

CERTIFICATE OF SERVICE

I, Anna Z. Krasinski, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 24th day of March, 2016, I electronically filed the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL with the Clerk of Court using the CM/ECF System and served upon Appellant by placing a true and correct copy thereof in the United States Mail, postage prepaid to:

Craig P. Erhard, Esq.
Law Offices of Craig P. Erhard, PLLC
P.O. Box 1653
Fairmont, WV 26555-1653

WILLIAM J. IHLENFELD, II
UNITED STATES ATTORNEY


By:   /s/ Anna Z. Krasinski
      Anna Z. Krasinski
      Assistant U. S. Attorney